# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STACY L. CANNATA,

Appellant,

v.

JAMIE KNOTT,

Appellee.

No. 2D22-3352

———————————————

February 28, 2024

Appeal from the Circuit Court for Hillsborough County; Emmett Lamar Battles, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, and Christopher A. Cazin of Wicker Smith O'Hara McCoy & Ford, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.